FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN

2014 APR 25  PM 2: 02

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| Charlene Emanuel | § | |
|       **Pro Se Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 1:12-CV-00592-DAE** |
| | § | |
| Bastrop Independent School District | § | **JURY DEMANDED** |
| | § | |
|       **Defendant** | § | |
| | § | |

<u>**Pro Se Plaintiff's Motion For Continuance and Extension of Court Deadlines**</u>

To The Honorable David A. Ezra, United States District Court for the Western District of Texas,

Austin:

I.

      Comes now Ms. Charlene Emanuel, acting Pro Se, and pursuant to applicable Federal

Rules of Civil Procedure, files this her Pro Se Motion For Continuance and Extension of Court

Deadlines, and in support thereof, would show unto this Court the following:

I.

      On July 6, 2012, this matter was filed with this court, with summons issued on August 8,

2012.

      On December 28, 2012, Plaintiff filed an Amended Complaint through then counsel,

Terry Davis, and defendant timely answered.

On May 31, 2013, the court entered its Scheduling Order, setting Discovery Deadline for December 5, 2013, ADR Report deadline for February 28, 2014, and Final Pre-Trial Conference for June 26, 2014.

On July 12, 2013, counsel for Plaintiff filed a Motion to Withdraw from Plaintiff's case, and the court granted said motion on August 5, 2013.

On March 7, 2014, Plaintiff filed her Notice of Grievance with the court advising of her complaint against then represented counsel, Terry Davis and Chris Tolbert.

Since the filing of that grievance, Plaintiff has been without counsel to effectively represent her in these proceedings, and has proceeded in this cause Pro Se.  Defendant is aware of Plaintiff's current Pro Se status.

As this matter is set on this court's docket for Final Pre-trial conference on June 26, 2014, Plaintiff needs additional time to seek counsel for representation.

Plaintiff has sought new counsel to prosecute this matter in her behalf.  However, as of the filing of this motion, she has been unable to find new counsel for want of adequate resources. She is continuing in her search, however, additional time is needed.  Therefore, she is requesting a continuance of the court's scheduling deadlines for at least ninety  (90) days to continue search to obtain new counsel, and afford such counsel sufficient time to prepare.

It is hoped that the potential impact on the granting of this motion would not be significant on this Court.  Additionally, Defendant should likewise not be prejudiced by the granting of this motion.

This motion is not made for delay, but rather, in the interest of justice.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff prays that this Honorable Court will grant this motion thereby continuing the court's scheduling deadlines of at least ninety (90) days to continue search to obtain new counsel, and afford such counsel sufficient time to prepare.

RESPECTFULLY SUBMITTED,

*Charlene Emanuel*

Charlene Emanuel
P. O. Box 150941
Austin, TX 78715
512/934-0159
chewky@msn.com
Pro Se Plaintiff

## Certificate of Conference

I hereby certify that on April 25, 2014, I attempted to speak with Thomas Phillip Brandt and John D. Husted, opposing lawyers on this matter via telephone, but was unsuccessful. I left a voice message with Thomas Phillip Brandt. Therefore, out of the abundance of caution with time constraints, this motion is being filed.

*Charlene Emanuel*

Charlene Emanuel
Pro Se Plaintiff

**Certificate of Service**

It is hereby certified that on April 25, 2014, a true and correct copy of the foregoing document, Motion For Continuance and Extension of Court Deadlines, was served on counsel as listed below via US Post, certified mail:

Thomas Phillip Brandt
Fanning, Harper, Martinson,
Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Ave
Suite 1300
Dallas, TX 75206
(214) 369-1300
Fax: (214) 987-9649

and

John D. Husted
Fanning, Harper, Martinson,
Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Ave
Suite 1300
Dallas, TX 75206
(214) 369-1300
Fax: (214) 987-9649

Charlene Emanuel
Pro Se Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN

| | | |
|---|---|---|
| **Charlene Emanuel** | § | |
|      **Pro Se Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 1:12-CV-00592-DAE** |
| | § | |
| **Bastrop Independent School District** | § | |
| | § | **JURY DEMANDED** |
| | § | |
|      **Defendant** | § | |

### Order On
### Pro Se Plaintiff's Motion For Continuance and Extension of Court Deadlines

On _____, this Honorable Court considered Pro Se Plaintiff's Motion For Continuance and Extension of Court Deadlines.  And, after due consideration, this Court finds that this motion has merit.  Therefore, said motion is hereby: **GRANTED.**

**IT IS THEREFORE ORDERED THAT** Plaintiff shall have ninety (90) days from the signing of this order to obtain new counsel, and for counsel's preparation in this matter. The Final Pretrial Conference is rescheduled to September 26, 2014.

SIGNED, this _____ day of _____, 2014.

_____

The Honorable David A. Ezra, United States District Court for the Western District of Texas, Austin